# Exhibit 16



# Invoice

| | |
|---|---|
| **Transaction #** | 762396 |
| **Escrow #** | 528975 |
| **Closing Date:** | 5/22/2015 |
| **Buyer:** | Olivier Janssens (olivier@destiny.com) |
| **Seller:** | stanford flowers (baracuda_fish@yahoo.com) |
| **Transaction Title:** | purchase of arrangement.com |
| **Merchandise Amount:** | $60,000.00 |
| **Shipping Fee:** | $0.00 |
| **Escrow Fee and other:** | $559.00 |
| **Escrow Fee paid by:** | Buyer |
| **Total:** | $60,559.00 |

**Internet Escrow Services, Inc.**
180 Montgomery
Suite 650
San Francisco, CA 94104
USA
support@escrow.com
US and Canada: 888-511-8600
International: 1-415-801-2270

Back