**SMITH CORRELL, LLP**
MARK SMITH—California SBN 213829
msmith@smithcorrell.com
JACOB FONNESBECK—California SBN 304954
jfonnesbeck@smithcorrell.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTE. LTD., a Singapore corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GLADIUM LIMITED, a Cyprus company d/b/a Arrangement.com, Arrangements.com and Arrangement.net,<br><br>　　　　Defendant. | Case No. 2:16-cv-07395-RGK-AFM<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiffs Reflex Media, Inc. ("Reflex Media") and Clover8 Investments PTE. Ltd. ("Clover8," and together with Reflex Media, "Plaintiffs"), and Defendant Gladium Limited ("Defendant") have resolved their disputes pursuant to a Settlement and Coexistence Agreement.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant that: (1) Plaintiffs' claims against Defendant, as set forth in the Second Amended Complaint (Dkt. 37), are hereby dismissed with prejudice, and (2) that Defendant's counterclaims against Plaintiffs, as set forth in the Amended Counterclaims

(Dkt. 60), are hereby dismissed with prejudice. It is further agreed that each party shall bear its own attorneys' fees and costs.

A proposed order has been filed concurrently with this Stipulation for Dismissal of Entire Action with Prejudice.

DATED: August 7, 2017                    SMITH CORRELL, LLP

                                          /s/ Mark L. Smith
                                         Mark L. Smith
                                         *Counsel for Plaintiffs*

DATED: August 7, 2017                    MAURIEL KAPOUYTIAN WOODS LLP

                                          /s/ Marc Pernick
                                         Marc Pernick
                                         *Counsel for Defendant*